ANDREA E BATES, ESQ. SBN 192491
Abates@Bates-Bates.com
BATES & BATES, LLC
964 DeKalb Avenue, Suite 101
Atlanta, Georgia 30307
Phone: (404) 228-7439
Fax:    (404) 963-6231

Attorneys for Plaintiff
E.I. du Pont de Nemours and Company

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MP BIOMEDICALS, LLC a Delaware limited liability company, and DOES 1 through 10,<br><br>Defendants. | CASE NO. SACV12-01374-JGB<br><br>The Honorable Judge Jesus G. Berna |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff E.I. DU PONT DE NEMOURS AND COMPANY and Defendant MP BIOMEDICALS, LLC through their respective counsel, hereby stipulate as follows:

1. All claims in the above-entitled action are dismissed in their entirety without prejudice.

2. Each party is to bear its own fees and costs.

3. The attached order shall be entered.

**IT IS SO STIPULATED.**

Respectfully submitted, this 30th day of January 2013.

BATES & BATES LLC

/s/ Andrea E. Bates
Andrea E. Bates, Esq.
964 DeKalb Avenue, Suite 101
Atlanta, Georgia 30307
(404) 228-7439
Attorneys for Plaintiff E.I. DU PONT DE NEMOURS AND COMPANY

MP BIOMEDICALS, LLC.

/s/ Steven C. Rice
Steven C. Rice, Esq.
Marron Lawyers
320 Golden Shore, Suite 410
Long Beach, California 90802
(562) 432-7422
Attorneys for Defendant MP BIOMEDICALS, LLC.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE