UNITED STATES DISTRICT COURT

ANDREA E BATES, ESQ. SBN 192491
Abates@Bates-Bates.com
BATES & BATES, LLC
964 DeKalb Avenue, Suite 101
Atlanta, Georgia 30307
Phone: (404) 228-7439
Fax:     (404) 963-6231

Attorneys for Plaintiff
E.I. du Pont de Nemours and Company

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation, <br><br>         Plaintiff, <br>vs. <br>MP BIOMEDICALS, LLC a Delaware limited liability company, and DOES 1 through 10, <br><br>         Defendants. | CASE NO. SACV12-01374-JGB <br><br> The Honorable Judge Jesus G. Berna |

### ORDER

Based on the Joint Stipulation of Dismissal, it is hereby **ORDERED** that:

1. All claims in the above-captioned action are dismissed in their entirety without prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED**, this  25th  day of February 2013.

_____
The Honorable Jesus G. Berna
United States District Court Judge

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE